JS-6

1  Ray Van der Nat, Esq., Bar No. 83127
   a member of the Law Office of Ray Van der Nat
2  A Professional Corporation
   1626 Beverly Blvd.
3  Los Angeles, CA 90026
   Tel: (213) 483-4222; Fax: (213) 483-4502
4  Email: raydane@aol.com
   Attorneys for Defendant,
5  LOS ANGELES/ORANGE COUNTIES BUILDING AND
   CONSTRUCTION TRADES COUNCIL
6
   DECLUES, BURKETT & THOMPSON, LLP
7  Attorneys at Law
   Glenn S. Goldby, Esq., Bar No. 85942
8  17011 Beach Blvd., Ste. 400
   Huntington Beach, CA 92647-7455
9  Tel: (714) 843-9444; Fax: (714) 843-9452
   Email: ggoldby@dbtlaw.com
10 Attorneys for Defendant,
   RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT,
11 a public entity

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATT JOHNSON; MICHAEL SPIERING; KEVIN CHAVEZ; JOSEPH NIGBOR; TRAVIS BARRETT; JAMES BIRMINGHAM; AND WES BERTALAN; ASSOCIATED BUILDERS & CONTRACTORS OF SAN DIEGO, INC. ELECTRICAL APPRENTICESHIP COMMITTEE; SOUTHERN CALIFORNIA CHAPTER OF THE ASSOCIATED BUILDERS AND CONTRACTORS, INC. ELECTRICAL UNILATERAL APPRENTICESHIP COMMITTEE, | CASE NO.: SACV 04-00280 JVS (MLGx) |
| | *Complaint Filed: 3/9/2004* |
| | *Judge Hon. James v. Selna* |
| | *Dept. 10-C* |
| | **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT; THE LOS ANGELES AND ORANGE COUNTIES BUILDING AND CONSTRUCTION TRADES COUNCIL; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION LOCAL 441, ELECTRICAL APPRENTICESHIP PROGRAM, | |
| Defendants. | |

1  This action came on before the Court, on December 9, 2005, and October 20, 2008, the Honorable James V. Selna, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits and that defendants, LOS ANGELES/ORANGE COUNTIES BUILDING AND CONSTRUCTION TRADES COUNCIL and RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT, a public entity, recover their costs.

DATED: November 04, 2008

_____
James V. Selna
United States District Judge